AO 91 (REV.5/85) Criminal Complaint    AUSA Jeffrey Cramer (312) 886-7631

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

**FILED**
NOV 24 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

MAGISTRATE JUDGE DENLOW

V.

MICHAEL REILLY

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: **00CR0953**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 24, 2000 in Cook County, in the Northern District of Illinois defendant(s) did, (Track Statutory Language of Offense)

enter a TCF Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to obtain money in the possession of the bank by intimidation.

in violation of Title 18 United States Code, Section 2113(a).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

Official Title

SEE ATTACHED AFFIDAVIT

**DOCKETED**
NOV 27 2000

Continued on the attached sheet and made a part hereof: X Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 24, 2000                    at    Chicago, Illinois
Date                                       City and State

MORTON DENLOW                              _____
U.S. Magistrate Judge                      Signature of Judicial Officer
Name & Title of Judicial Officer

STATE OF ILLINOIS ) 
                           ) S. S.
COUNTY OF COOK )

## AFFIDAVIT

I, JEFFREY MULLER, being duly sworn on oath, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and am assigned to the Violent Crimes Task Force in the Chicago office. I have been employed by the FBI for approximately 5 years. My responsibilities as a Special Agent include the investigation of robberies of federally insured banks.

2. The information contained in this affidavit is based on my first-hand knowledge and upon information supplied by other federal agents, law enforcement officers, and witnesses.

3. The information contained in this affidavit is submitted for the limited purpose of establishing probable cause in connection with the complaint to which this affidavit is attached. I have set forth only facts that I believe are necessary to establish probable cause in this matter. This is not a complete statement of all that I know about the defendant or the events described in this affidavit.

4. This affidavit is made in support of a criminal complaint against MICHAEL REILLY in violation of 18 U.S.C. § 2113(a) (bank robbery).

5. On NOVEMBER 24, 2000, the deposits of the TCF Bank, 5600 North Kimball Avenue, Chicago, Illinois (the "Bank"), were federally insured by the Federal Deposit Insurance Corporation.

1

6. On November 24, 2000 at approximately 12:35 p.m., the defendant entered the Bank.

7. When he entered the Bank, defendant REILLY had a note in his pocket which stated: "This is a Robbery. There is a gun on you! Put 100's, 50's and 20's in the bag! I know dye packs so do not try it. You have 5 seconds. Hand the note back!"

8. Subsequently, on November 24, 2000 at approximately 1:17 p.m., I provided defendant MICHAEL REILLY with his *Miranda* rights. Defendant REILLY waived his *Miranda* rights in writing and agreed to provide me with a written and signed statement. In his written and signed statement to me, defendant REILLY confessed to entering the above address with the intention of robbing the Bank. Defendant REILLY further stated in substance that he first got the idea of robbing the Bank on November 23, 2000. He picked up a bag to carry his proceeds and wrote his note on a bus. His plan was to give the teller the note and leave with the money.

FURTHER AFFIANT SAYETH NOT.

JEFFREY MULLER
Special Agent, FBI

SUBSCRIBED and SWORN TO before me this
24th day of November 2000

MORTON DENLOW
UNITED STATES MAGISTRATE JUDGE

2