UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS    **JUDGE GOTTSCHALL**
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **MAGISTRATE JUDGE DENLOW** |
| ) | No. 00 CR 953 |
| v. ) | Violation: |
| ) | Title 18 United States Code |
| ) | Section 2113 **FILED** |
| MICHAEL REILLY ) | |

JAN 1 6 2001

The SPECIAL JULY 2000-2 GRAND JURY charges: MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

On or about November 24, 2000, in Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL REILLY,

defendant herein, attempted to take from the presence of another, by force, violence and by intimidation, money belonging to, or in the care, custody, control, management, or possession of the TCF National Bank, 5600 North Kimball Avenue, the deposits of which were insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

DOCKETED
JAN 1 7 2000

A TRUE BILL:

_____
Foreperson

_____
UNITED STATES ATTORNEY



No. 00 CR 953

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

MICHAEL REILLY

**INDICTMENT**

Violation(s): Title 18 United States Code Section 2113(a)

A true bill.

_____
Foreman

Filed in open court this 16th day of January A.D. 2001

_____
Clerk Michael W. Dobbins

Bail, $ _____